UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: AUGUST OATES                                           Case No: 5:18-bk-13701 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

2.  11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor has failed to notice all parties pursuant to FRBP 3015(d).

3.  11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns with the appropriate tax authorities, as required by Section 1308.

4.  11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  8/22/2018                                            /s/  Jack W Gooding
                                                             _____
                                                             CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 8/22/2018, with sufficient postage to assure delivery to the following:

August Oates
909 E 10Th St
Apt 14
Stuttgart, Ar  72160-4360

MB

Dickerson Law Firm - Electronically by ECF

/s/  Jack W Gooding

CHAPTER 13 TRUSTEE

MB